UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>JUAN OCASIO | Criminal Action<br>No. 07-CR-10102-MLW |

## MOTION TO CONTINUE GOVERNMENT RESPONSE DEADLINE

The United States respectfully requests that it be allowed to file a preliminary response to the Defendant's motions to suppress evidence approximately ten (10) days prior to the evidentiary hearing requested by the Defendant. The Government acknowledges that the Defendant's suppression claims, filed with the Court on June 9, 2008, are fact specific and as such, demonstrate a need for an evidentiary hearing. Therefore, the Government is requesting to file its preliminary response to the Defendant's suppression motions after it has had the opportunity to speak with, and interview, the witnesses necessary for the evidentiary hearing.

Respectfully Submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

/s/ Robert A. Fisher
Robert A. Fisher
Assistant U.S. Attorney
617-748-3612

Dated: June 24, 2008

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 24, 2008.

    /s/: *Robert Fisher*
ROBERT FISHER
Assistant U.S. Attorney