```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
          v.                   )   CR. NO. 07-10102-MLW
                               )
JUAN OCASIO,                   )
     Defendant                 )
```

ORDER

WOLF, D.J.                                              June 8, 2009

On further reflection, the court has decided that the transcript of the June 5, 2009 hearing need not be provided to the Drug Enforcement Administration Inspector General. Accordingly, paragraph 3(b) of the June 5, 2009 Order is hereby REVISED to relieve the Acting United States Attorney of that responsibility.

```
                                    /S/ MARK L. WOLF
                                   UNITED STATES DISTRICT JUDGE
```

**Publisher Information**
**Note* This page is not part of the opinion as entered by the court.**
**The docket information provided on this page is for the benefit**
**of publishers of these opinions.**

| Defendant (1) | | |
|---|---|---|
| Juan Ocasio | represented by | William W. Fick  Federal Defender's Office  District of Massachusetts  408 Atlantic Ave.  Third Floor  Suite 32 Boston , MA 02110  617-223-8061  Fax: 617-223-8080 william_fick@fd.org  LEAD ATTORNEY  ATTORNEY T NOTICED  Designation: Public Defender or Community Defender Appointment |

| Pending Counts | Disposition |
|---|---|
| 21:846:-CONSPIRACY TO DISTRIBUTE AND TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE (1) | |
| 21:846:-ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE OF COCAINE; 18 USC 2- AIDING AND ABETTING (2) | |

Highest Offense Level (Opening)
Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

Highest Offense Level (Terminated)
None

| Complaints | Disposition |
|---|---|
| 21: 841(a)(1) and 846 Conspire to Distribute Cocaine | |

Assigned to: Chief Judge Mark L. Wolf

| Defendant (2) | | |
|---|---|---|
| Johan Farias | represented by | Paul J. Garrity  14 Londonderry Road Londonderry , NH 03053  603-434-4106 Fax: 603-437-6473  Email: garritylaw@myfairpoint.net  LEAD ATTORNEY  ATTORNEY TO BE NOTICED  Designation: CJA Appointment |